# FILED

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

FEB 0 1 2008

Clerk, U.S. District Court
By: _____ Deputy Clerk

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )  )  **Plaintiff,** )  )  **vs.** )  ) | **Case No. 07-20168-01through 24-JWL/DJW** |

**THOMAS HUMPHREY,** )
**MONTERIAL WESLEY, a/k/a "TERIO,"** )
**RTAYVIAN SIMPSON,** )
**SHEVEL M. FOY, a/k/a "RAT," a/k/a "RIZZO,"** )
**HENRY GRIGSBY, a/k/a "HANK,"** )
**GERARDO TREVINO, a/k/a "JERRY,"** )
**VINOL WILSON,** )
**JAMES HEAGS, a/k/a "SHAQ,"** )
**DONNIE R. JOHNSON, a/k/a "JU JU,"** )
**JAMICAH JOHNSON, a/k/a DERRICK JOHNSON,** )
**SASHA E. GERARD,** )
**KEENAN J. RINGGOLD, a/k/a "CANO,"** )
**HAROLD WALLACE, a/k/a "CHICO," a/k/a "PONE,"** )
**LAKELA HOUFF,** )
**BILLY TRINKLE,** )
**MICHAEL O. CLARK, a/k/a "QUE,"** )
**KURTZ GRIFFIN, a/k/a "K. K.,"** )
**SHANNON PEREZ,** )
**BYRON BROWN, a/k/a "BOB G,"** )
**LATYSHA D. TEMPLE,** )
**TANEIAH JOHNSON,** )
**KEITH McDANIEL, a/k/a "HARV,"** )
**REGGIE L. HUTCHINSON,** )
                     **and,** )
**FRANKLIN GOODWIN, JR.,** )
                                                              )
                     **Defendants.** )

SEALED
unsealed
upon
arrest on
02/05/08

## SEALED SUPERSEDING INDICTMENT

The Grand Jury charges that:

-1-

## COUNT 1

Beginning in or about January 2006 and continuing to on or about November 27,

2007, both dates being approximate and inclusive, in the District of Kansas and elsewhere,

the defendants,

**THOMAS HUMPHREY,**
**MONTERIAL WESLEY, a/k/a "TERIO,"**
**RTAYVIAN SIMPSON,**
**SHEVEL M. FOY, a/k/a "RAT," a/k/a "RIZZO,"**
**HENRY GRIGSBY, a/k/a "HANK,"**
**GERARDO TREVINO, a/k/a "JERRY,"**
**VINOL WILSON,**
**JAMES HEAGS, a/k/a "SHAQ,"**
**DONNIE R. JOHNSON, a/k/a "JU JU,"**
**JAMICAH JOHNSON, a/k/a DERRICK JOHNSON,**
**SASHA E. GERARD,**
**KEENAN J. RINGGOLD, a/k/a "CANO,"**
**HAROLD WALLACE, a/k/a "CHICO," a/k/a "PONE,"**
**LAKELA HOUFF,**
**BILLY TRINKLE,**
**MICHAEL O. CLARK, a/k/a "QUE,"**
**KURTZ GRIFFIN, a/k/a "K. K.,"**
**SHANNON PEREZ,**
**BYRON BROWN,  a/k/a "BOB G,"**
**LATYSHA D. TEMPLE,**
**TANEIAH JOHNSON,**
**KEITH McDANIEL, a/k/a "HARV,"**
**REGGIE L. HUTCHINSON,**
**and,**
**FRANKLIN GOODWIN, JR.,**

knowingly and intentionally combined, conspired, confederated and agreed together and

with each other, and with other persons known and unknown to the Grand Jury, to commit

the following offenses against the United States: to manufacture, to possess with intent to

distribute and to distribute 50 grams or more of cocaine base "crack," a controlled

substance and, to possess with intent to distribute and to distribute five kilograms or more

-2-

of a mixture and substance containing a detectable amount of cocaine, a controlled

substance, all in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii),

(b)(1)(A)(iii) and Title 18, United States Code, Section 2.

This was all in violation of Title 21 United States Code, Section 846.

## COUNT 2

On or about February 9, 2007, in the District of Kansas, the defendants,

### MONTERIAL WESLEY, a/k/a "TERIO,"
### and
### SHANNON PEREZ,

knowingly and intentionally distributed 5 grams or more of a mixture and substance

containing a detectable amount of cocaine base, "crack," a controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B)(iii) and Title

18, United States Code, Section 2.

## COUNT 3

On or about March 2, 2007, in the District of Kansas, the defendant,

### SHANNON PEREZ,

knowingly and intentionally distributed a quantity of a mixture and substance containing a

detectable amount of cocaine, a controlled substance, in violation of Title 21, United

States Code, Sections 841(a)(1), and 841(b)(1)(C) and Title 18, United States Code,

Section 2.

## COUNT 4

On or about May 8, 2007, in the District of Kansas, the defendant,

### **HENRY GRIGSBY, a/k/a "HANK,"**

knowingly and intentionally distributed 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, "crack," a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B)(iii) and Title 18, United States Code, Section 2.

### **COUNT 5**

On or about June 18, 2007, in the District of Kansas, the defendant,

### **HENRY GRIGSBY, a/k/a "HANK,"**

knowingly and intentionally distributed 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, "crack," a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B)(iii) and Title 18, United States Code, Section 2.

### **COUNT 6**

On or about August 5, 2007, in the District of Kansas, the defendant,

### **DONNIE R. JOHNSON, a/k/a "JU JU,"**

knowingly and intentionally possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, "crack," a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(C) and Title 18, United States Code, Section 2.

### **COUNT 7**

On or about August 5, 2007, in the District of Kansas, the defendant,

-4-

**DONNIE R. JOHNSON, a/k/a "JU JU,"**

did knowingly, intentionally and unlawfully use and carry a firearm, that is, a .40 caliber Glock pistol, Model 27, serial number FPT063, during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine base, "crack," and did possess said firearm, that is, a .40 caliber Glock pistol, Model 27, serial number FPT063, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine base, "crack," in violation of Title 18, United States Code, Section 924(c).

## COUNT 8

On or about August 5, 2007, in the District of Kansas, the defendant,

**DONNIE R. JOHNSON, a/k/a "JU JU,"**

who had been convicted in 2002, case number 0206CR399, of Possession of Cocaine, in the District Court of Leavenworth County, Kansas, a crime punishable under the laws of the State of Kansas by imprisonment for a term exceeding one year, knowingly and unlawfully shipped and transported in interstate and foreign commerce, possessed in and affecting interstate and foreign commerce, and received a firearm, namely, a .40 caliber Glock pistol, Model 27, serial number FPT063, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 9

On or about August 5, 2007, in the District of Kansas and elsewhere, the defendants,

-5-

**HENRY GRIGSBY, a/k/a "HANK,"**
**and**
**KURTZ GRIFFIN, a/k/a "K. K.,"**

knowingly and intentionally used a communication facility, a cellular telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this indictment incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 10

On or about August 6, 2007, in the District of Kansas and elsewhere, the defendants,

**HENRY GRIGSBY, a/k/a "HANK,"**
**and**
**BYRON BROWN, a/k/a "BOB G,"**

knowingly and intentionally used a communication facility, a cellular telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this indictment incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 11

On or about August 20, 2007, in the District of Kansas and elsewhere, the defendants,

**HENRY GRIGSBY, a/k/a "HANK,"**
**and**
**FRANKLIN GOODWIN, JR.,**

knowingly and intentionally used a communication facility, a cellular telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this indictment

-6-

incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 12

On or about August 24, 2007, in the District of Kansas and elsewhere, the defendants,

### HENRY GRIGSBY, a/k/a "HANK,"
### and
### REGGIE L. HUTCHINSON,

knowingly and intentionally used a communication facility, a cellular telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this indictment incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 13

On or about August 24, 2007, in the District of Kansas, the defendants,

### HENRY GRIGSBY, a/k/a "HANK,"
### KEENAN J. RINGGOLD, a/k/a "CANO,"
### HAROLD WALLACE, a/k/a "CHICO," a/k/a "PONE,"
### and,
### LAKELA HOUFF,

knowingly and intentionally attempted to possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 14

On or about August 26, 2007, in the District of Kansas and elsewhere, the defendants,

-7-

**HENRY GRIGSBY, a/k/a "HANK,"**
**and**
**BILLY TRINKLE,**

knowingly and intentionally used a communication facility, a cellular telephone, in

committing, causing, and facilitating the offense set forth in Count 1 of this indictment

incorporated by reference herein, in violation of Title 21, United States Code, Section

843(b).

## COUNT 15

On or about August 30, 2007, in the District of Kansas and elsewhere, the

defendants,

**HENRY GRIGSBY, a/k/a "HANK,"**
**and**
**BILLY TRINKLE,**

knowingly and intentionally used a communication facility, a cellular telephone, in

committing, causing, and facilitating the offense set forth in Count 1 of this indictment

incorporated by reference herein, in violation of Title 21, United States Code, Section

843(b).

## COUNT 16

On or about September 3, 2007, in the District of Kansas, the defendant,

**MICHAEL O. CLARK, a/k/a "QUE,"**
**and**
**KURTZ GRIFFIN, a/k/a "K. K.,"**

knowingly and intentionally distributed a quantity of a mixture and substance containing a

detectable amount of cocaine base, "crack," a controlled substance, in violation of Title 21,

United States Code, Sections 841(a)(1), and 841(b)(1)(C) and Title 18, United States

Code, Section 2.

-8-

## COUNT 17

On or about September 5, 2007, in the District of Kansas, the defendants,

**THOMAS HUMPHREY,
MONTERIAL WESLEY, a/k/a "TERIO,"
SHEVEL M. FOY, a/k/a "RAT," a/k/a "RIZZO,"
and
TANEIAH JOHNSON,**

knowingly and intentionally attempted to possess with intent to distribute five kilograms or

more of a mixture and substance containing a detectable amount of cocaine, a controlled

substance in violation of Title 21, United States Code, Sections 846, 841(a)(1) and

(b)(1)(A)(ii) and Title 18, United States Code, Section 2.

## COUNT 18

On or about September 7, 2007, in the District of Kansas and elsewhere, the

defendants,

**HENRY GRIGSBY, a/k/a "HANK,"
and
LAKELA HOUFF,**

knowingly and intentionally used a communication facility, a cellular telephone, in

committing, causing, and facilitating the offense set forth in Count 1 of this indictment

incorporated by reference herein, in violation of Title 21, United States Code, Section

843(b).

## COUNT 19

On or about September 10, 2007, in the District of Kansas and elsewhere, the

defendants,

## MONTERIAL WESLEY, a/k/a "TERIO," and LATYSHA D. TEMPLE,

knowingly and intentionally used a communication facility, a cellular telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this indictment incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

### COUNT 20

On or about September 10, 2007, in the District of Kansas, the defendant,

### REGGIE L. HUTCHINSON,

knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine base, "crack," a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(C) and Title 18, United States Code, Section 2.

### COUNT 21

On or about September 11, 2007, in the District of Kansas, the defendant,

### REGGIE L. HUTCHINSON,

knowingly and intentionally possessed with intent to distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, "crack," a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B)(iii) and Title 18, United States Code, Section 2.

### COUNT 22

On or about September 13, 2007, in the District of Kansas, the defendants,

-10-

**THOMAS HUMPHREY,**
**MONTERIAL WESLEY, a/k/a "TERIO,"**
**and**
**SHEVEL M. FOY, a/k/a "RAT," a/k/a "RIZZO,"**

knowingly and intentionally attempted to possess with intent to distribute five kilograms or

more of a mixture and substance containing a detectable amount of cocaine, a controlled

substance in violation of Title 21, United States Code, Sections 846, 841(a)(1) and

(b)(1)(A)(ii) and Title 18, United States Code, Section 2.

## COUNT 23

On or about September 13, 2007, in the District of Kansas and elsewhere, the

defendants,

**HENRY GRIGSBY, a/k/a "HANK,"**
**and**
**DONNIE R. JOHNSON, a/k/a "JU JU,"**

knowingly and intentionally used a communication facility, a cellular telephone, in

committing, causing, and facilitating the offense set forth in Count 1 of this indictment

incorporated by reference herein, in violation of Title 21, United States Code, Section

843(b).

## COUNT 24

On or about September 14, 2007, in the District of Kansas, the defendants,

**HENRY GRIGSBY, a/k/a "HANK,"**
**JAMES HEAGS, a/k/a "SHAQ,"**
**and,**
**DONNIE R. JOHNSON, a/k/a "JU JU,"**

knowingly and intentionally distributed 50 grams or more of a mixture and substance

containing a detectable amount of cocaine base, "crack," a controlled substance, in

-11-

violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A)(iii) and Title

18, United States Code, Section 2.

## COUNT 25

On or about September 14, 2007, in the District of Kansas and elsewhere, the

defendants,

### HENRY GRIGSBY, a/k/a "HANK,"
### and
### JAMICAH JOHNSON, a/k/a DERRICK JOHNSON,

knowingly and intentionally used a communication facility, a cellular telephone, in

committing, causing, and facilitating the offense set forth in Count 1 of this indictment

incorporated by reference herein, in violation of Title 21, United States Code, Section

843(b).

## COUNT 26

On or about September 14, 2007, in the District of Kansas, the defendants,

### HENRY GRIGSBY, a/k/a "HANK,"
### JAMES HEAGS, a/k/a "SHAQ,"
### JAMICAH JOHNSON, a/k/a DERRICK JOHNSON,
### and,
### SASHA E. GERARD,

knowingly and intentionally distributed 50 grams or more of a mixture and substance

containing a detectable amount of cocaine base, "crack," a controlled substance,  in

violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A)(iii) and Title

18, United States Code, Section 2.

## COUNT 27

On or about September 14, 2007, in the District of Kansas, the defendant,

**KURTZ GRIFFIN, a/k/a "K. K.,"**

knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine base, "crack," a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 28

On or about September 18, 2007, in the District of Kansas, the defendant,

**KURTZ GRIFFIN, a/k/a "K. K.,"**

knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine base, "crack," a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 29

On or about September 28, 2007, in the District of Kansas and elsewhere, the defendants,

**THOMAS HUMPHREY,**
**MONTERIAL WESLEY, a/k/a "TERIO,"**
**and**
**SHEVEL M. FOY, a/k/a "RAT," a/k/a "RIZZO,"**

knowingly and intentionally attempted to possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a controlled substance in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A)(ii) and Title 18, United States Code, Section 2.

-13-

## COUNT 30

On or about October 5, 2007, in the District of Kansas and elsewhere, the defendants,

### THOMAS HUMPHREY,
### and
### VINOL WILSON,

knowingly and intentionally used a communication facility, a cellular telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this indictment incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 31

On or about October 8, 2007, in the District of Kansas, the defendant,

### KURTZ GRIFFIN, a/k/a "K. K.,"

knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine base, "crack," a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 32

On or about October 9, 2007, in the District of Kansas and elsewhere, the defendants,

### THOMAS HUMPHREY,
### and
### VINOL WILSON,

knowingly and intentionally used a communication facility, a cellular telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this indictment

-14-

incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 33

On or about November 26, 2007, in the District of Kansas and elsewhere, the defendants,

**MONTERIAL WESLEY, a/k/a "TERIO,"
and
MICHAEL O. CLARK, a/k/a "QUE,"**

knowingly and intentionally used a communication facility, a cellular telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this indictment incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 34

On or about November 26, 2007, in the District of Kansas and elsewhere, the defendants,

**MONTERIAL WESLEY, a/k/a "TERIO,"
and
KEITH McDANIEL, a/k/a "HARV,"**

knowingly and intentionally used a communication facility, a cellular telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this indictment incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 35

On or about November 26, 2007, in the District of Kansas and elsewhere, the defendants,

### MONTERIAL WESLEY, a/k/a "TERIO,"
### and
### SHANNON PEREZ,

knowingly and intentionally used a communication facility, a cellular telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this indictment incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 36

On or about November 26, 2007, in the District of Kansas and elsewhere, the defendants,

### THOMAS HUMPHREY,
### and
### MONTERIAL WESLEY, a/k/a "TERIO,"

knowingly and intentionally used a communication facility, a cellular telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this indictment incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 37

On or about November 27, 2007, in the District of Kansas and elsewhere, the defendants,

-16-

**MONTERIAL WESLEY, a/k/a "TERIO,"
and
SHEVEL M. FOY,  a/k/a "RAT," a/k/a "RIZZO,"**

knowingly and intentionally used a communication facility, a cellular telephone, in

committing, causing, and facilitating the offense set forth in Count 1 of this indictment

incorporated by reference herein, in violation of Title 21, United States Code, Section

843(b).

## COUNT 38

On or about November 27, 2007, in the District of Kansas, the defendants,

**THOMAS HUMPHREY,
MONTERIAL WESLEY, a/k/a "TERIO,"
and
RTAYVIAN SIMPSON,**

knowingly and intentionally attempted to possess with intent to distribute five kilograms or

more of a mixture and substance containing a detectable amount of cocaine, a controlled

substance in violation of Title 21, United States Code, Sections 846, 841(a)(1) and

(b)(1)(A)(ii) and Title 18, United States Code, Section 2.

## COUNT 39

On or about November 27, 2007, in the District of Kansas, the defendants,

**MONTERIAL WESLEY, a/k/a "TERIO,"
and
RTAYVIAN SIMPSON,**

did knowingly, intentionally and unlawfully use and carry a firearm, that is, a .45 caliber

Ruger pistol, Model P90, serial number 600-71841, during and in relation to a drug

trafficking crime for which they may be prosecuted in a court of the United States, that is,

conspiracy to attempt to possess with intent to distribute cocaine, and did possess said

-17-

firearm, that is, a .45 caliber Ruger pistol, Model P90, serial number 600-71841, in

furtherance of a drug trafficking crime for which they may be prosecuted in a court of the

United States, that is, conspiracy to attempt to possess with intent to distribute cocaine,

in violation of Title 18, United States Code, Section 924(c) and Title 18, United States

Code, Section 2.

### FORFEITURE ALLEGATION

As a result of committing one or more of the controlled substance offenses alleged

in Counts 1 - 6, 13, 16 - 17, 20 - 22, 24, 26 - 29, 31, and 38 of this Indictment, the

defendants,

**THOMAS HUMPHREY,**
**MONTERIAL WESLEY, a/k/a "TERIO,"**
**RTAYVIAN SIMPSON,**
**SHEVEL M. FOY, a/k/a "RAT," a/k/a "RIZZO,"**
**HENRY GRIGSBY, a/k/a "HANK,"**
**GERARDO TREVINO, a/k/a "JERRY,"**
**VINOL WILSON,**
**JAMES HEAGS, a/k/a "SHAQ,"**
**DONNIE R. JOHNSON, a/k/a "JU JU,"**
**DERRICK JOHNSON,**
**SASHA E. GERARD,**
**KEENAN J. RINGGOLD, a/k/a "CANO,"**
**HAROLD WALLACE, a/k/a "CHICO," a/k/a "PONE,"**
**LAKELA HOUFF,**
**BILLY TRINKLE,**
**MICHAEL O. CLARK, a/k/a "QUE,"**
**KURTZ GRIFFIN, a/k/a "K. K.,"**
**SHANNON PEREZ,**
**BYRON BROWN,  a/k/a "BOB G,"**
**LATYSHA D. TEMPLE,**
**TANEIAH JOHNSON,**
**KEITH McDANIEL, a/k/a "HARV,"**
**REGGIE L. HUTCHINSON,**
**and,**
**FRANKLIN GOODWIN, JR.,,,**

-18-

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the controlled substance violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 - 6, 13, 16 - 17, 20 - 22, 24, 26 - 29, 31, and 38 of this Indictment, including but not limited to the following:

1.    MONEY JUDGMENT:

A sum of money equal to \$10,750,000.00 in United States currency, representing the amount of proceeds obtained as a result of the offense, the distribution of cocaine and cocaine base, "crack," all controlled substances, in violation of title 21, United States Code, Section 841(a)(1), for which the defendants are jointly and severally liable.

2.    REAL PROPERTY:

A.    All that lot or parcel of land, together with its buildings, appurtenances, imposements, fixtures, attachments and easements, located at 213 S. 10th Street, Leavenworth, Kansas, more particularly described as:

> Lot 26, Block 15, Central Subdivision in the City of Leavenworth, Leavenworth County, Kansas,

B.    All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 932 Cherokee, Leavenworth County, more particularly described as

> The West 77 feet of Lots 27 and 28, Block 15, Central Subdivision in the City of Leavenworth, Leavenworth County, Kansas.

## SUBSTITUTE ASSETS

If any of the above-described forfeitable property, as a result of any act or omission

of the defendant(s):

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without

difficulty;

then it is the intent of the United States, pursuant to Title 21, United States Code, Section

853(p), to seek forfeiture of any other property of the defendants up to the value of the

above forfeitable property.

A TRUE BILl

_____(_____

FOREPERSON

DATED: ____*i*/3*o*/*o*8_____

Uerra D. Morehead

ERIC F. MELGREN, KS S.Ct. No. 12430
United States Attorney
301 N. Main, Suite 1200
Wichita, Kansas   67202
(316) 269-6481

[IT IS REQUESTED THAT JURY TRIAL BE HELD IN KANSAS CITY, KANSAS.]
The Court acknowledges the return of this indictment in open court.

Cathryn H. Vleate

UNITED STATES DISTRICT JUDGE
District of Kansas

-20-

## PENALTIES:

COUNT 1, 17, 22, 24, 26, 29, 38:

- NLT 10 Years NMT Life Imprisonment;
- NMT $4,000,000.00 Fine;
- NLT 5 Years S.R.;
- Special Assessment $100.00; and,
- Forfeiture Allegation

In the event of a prior conviction for a felony drug offense:

- NLT 20 years, NMT Life Imprisonment,
- NMT $8,000,000.00 Fine,
- NLT 10 years S.R.,
- $100 Special Assessment, and,
- Forfeiture Allegation

In the event of two or more prior convictions for a felony drug offense:

- NLT Life Imprisonment,
- NMT $8,000,000.00 Fine,
- $100 Special Assessment,and,
- Forfeiture Allegation

COUNTS 2, 4 - 5, 21:

- NLT 5 years and NMT 40 years Imprisonment,
- NMT $2,000,000.00 Fine,
- NLT 4 years S.R.,
- $100 Special Assessment, and,
- Forfeiture Allegation.

In the event of a prior conviction for a felony drug offense:

- NLT 10 years, NMT Life Imprisonment,
- NMT $4,000,000.00 Fine,
- NLT 8 years S.R.,
- $100 Special Assessment, and,
- Forfeiture Allegation.

COUNT 3, 6, 13, 16, 19, 27 - 28, 31:

- NMT 20 years Imprisonment,
- NMT $1,000,000.00 Fine,
- NLT 3 years S.R.,
- $100 Special Assessment, and,
- Forfeiture Allegation.

In the event of a prior conviction for a felony drug offense:

- NMT 30 years Imprisonment,
- NMT $2,000,000.00 Fine,
- NLT 6 years S.R.,
- $100 Special Assessment, and
- Forfeiture Allegation.

COUNT 7 & 39:

- NLT mandatory minimum of 5 years, NMT Life Imprisonment (consecutive to any other term of imprisonment),
- NMT $250,000.00 Fine,
- NMT 5 years S.R., and,
- $100 Special Assessment.

COUNT 8:

- NMT 10 years Imprisonment,
- NMT $250,000.00 Fine,
- NMT 3 years S.R., and
- $100 Special Assessment.

COUNTS 9 -12, 14 -15, 18, 23, 25, 30, 32 - 37:

- NMT 4 years Imprisonment;
- NMT $ 250,000.00 Fine;
- NMT 3 years S.R.,
- $100 Special Assessment.