IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**UNITED STATES OF AMERICA**,)
        Plaintiff,  )
           )
vs.           )   Case No. 07-20168-20-JWL
           )
**LATYSHA TEMPLE,**  )
        Defendant.  )

**DEFENDANT'S WITNESS AND EXHIBIT LIST**

WITNESSES:    Latysha Temple
Any witnesses listed by prosecution or other co-defendant.
Any witness necessary for foundation.
All co-defendants, including cooperating co-defendants.

EXHIBITS:
- 1301  All exhibits listed by the Government or co-defendants.
- 1302  Defendant's banking statements from Mazuma Credit Union during times relevant to this prosecution from 2006 through 2008.
- 1303  Defendants employment records.
- 1304  Defendant's tax returns.
- 1305  Business records related to Party Planning Business. Photographs of events, banners, etc., receipts for purchases, planning calendar, event bookings, rental documents, etc.
- 1306  Vehicle loan documents.
- 1307  Child Support Order.

Respectfully submitted,
HEATHMAN LAW OFFICE
3706 SW Topeka Blvd., Ste. 402
Topeka, Kansas 66609

By:  s// *James C. Heathman*
     James C. Heathman, #14582
     Attorney for Defendant Temple

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 19, 2009, I electronically filed the foregoing with the clerk of the court by using CM/ECF system and deposited a copy in the United States mail, postage prepaid, addressed to the following:

Terra D. Morehead
Assistant United States Attorney
444 SE Quincy, Room 290
Topeka, Kansas 66683

                                                     *S/James C. Heathman*
                                                     James C. Heathman