**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. 07-20168-JWL |
| | ) |
| **MONTERIAL WESLEY(02),** | ) |
| **RTAYVIAN SIMPSON (03),** | ) |
| **SHEVEL FOY (04),** | ) |
| **JAMES HEAGS (08),** | ) |
| **HAROLD WALLACE (13),** | ) |
| **LAKELA HOUFF (14),** | ) |
| **BILLY TRINKLE (15),** | ) |
| **LATYSHA TEMPLE (20),** | ) |
| **KEITH MCDANIEL (22),** | ) |
| **and** | ) |
| **FRANKLIN GOODWIN, JR. (24),** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

**SECOND GOVERNMENT PROPOSED WITNESS LIST**

The United States of America by and through Marietta Parker, Acting United States Attorney for the District of Kansas and Terra D. Morehead, Assistant United States Attorney, submit the following list of additional proposed witnesses for the Government's case in chief in the above referenced matter:

Stacy Enemark

Larry Drake

Respectfully submitted,

MARIETTA PARKER
Acting United States Attorney
District of Kansas

 *s/ Terra D. Morehead*
TERRA D. MOREHEAD
Assistant United States Attorney
KS. S.Ct. #12759
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551-6730
FAX: (913) 551-6541
terra.morehead@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March, 2009, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 *s/ Terra D. Morehead*
Terra D. Morehead, KS Bar #: 12759
Assistant United States Attorney