IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07-20168-20-JWL |
| | ) |
| LATYSHA D. TEMPLE, | ) |
| | ) |
| Defendant. | ) |

VERDICT

We, the jury in the above-entitled cause, duly impaneled and sworn, upon our oaths find the defendant, Latysha D. Temple,

**COUNT 1**

_____*Guilty*_____ of the crimes of conspiracy to manufacture, to
(Guilty/Not Guilty)

possess with intent to distribute or to distribute cocaine base "crack," a controlled substance, or, to possess with intent to distribute or to distribute a mixture and substance containing a detectable amount of cocaine, a controlled substance, as charged in Count 1 of the Superseding Indictment.

If you find the defendant guilty of Count 1, please answer the following three questions if applicable:

(1) What controlled substance do you find beyond a reasonable doubt was involved:

_____    Cocaine base "crack"

_____    Cocaine

____√____    Cocaine base "crack" AND Cocaine

(2) If you find that the conspiracy involved cocaine base "crack," what quantity of cocaine base "crack" do you find beyond a reasonable doubt was involved:

____✓____    50 grams or more

_____    At least 5 grams but less than 50 grams

_____    Less than 5 grams

(3) If you find that the conspiracy involved a mixture or substance containing a detectable amount of cocaine, what quantity of the mixture and substance containing a detectable amount of cocaine do you find beyond a reasonable doubt was involved:

____✓____    5 kilograms or more

_____    500 grams or more but less than 5 kilograms

_____    Less than 500 grams

### COUNT 19

___Not Guilty___ of the crime of using a communication facility,
(Guilty/Not Guilty)

a cellular telephone, in committing, causing, and facilitating the offense set forth in Count 1 of the Superseding Indictment.

___5/15/09___
Date

███████████
Foreperson