IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.                                    Case No. 07-20168-20-JWL

**LATYSHA TEMPLE**,

    Defendant.

_____

## GOVERNMENT RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

The United States, by and through undersigned counsel, responds with no opposition to Defendant's request that her Supervised Release be terminated early. (Doc. 1978, Def.'s Mot. for Early Termination.)

### Background

On May 15, 2009, a jury found Defendant guilty of a drug-trafficking conspiracy involving at least fifty grams of cocaine base and at least five kilograms of cocaine. (Doc. 805, Verdict.)

On September 24, 2009, the Court committed Defendant to the custody of the United States Bureau of Prisons for 151 months to be followed by a five-year term of supervised release. (Doc. 1043, Judgment.)

On February 6, 2015, the Court reduced Defendant's sentence to 121 months' imprisonment based on Amendment 782 to the United States Sentencing Guidelines. (Doc. 1672, Order.)

According to the United States Probation Office, Defendant began her term of supervised release on July 18, 2017.

On December 3, 2019, the Court denied Defendant's prior request that her supervised release be terminated early. (Doc. 1888, Memorandum & Order.) In that Order, the Court explained its reason for denying Defendant's request.

> It is significant to the court that the probation office opposes the termination of Ms. Temple's supervision because that office is the most familiar with Ms. Temple's circumstances and conduct since her release and is in the best position to assess the need for continuing supervision. Thus, the court is not persuaded that Ms. Temple's circumstances warrant early termination of her supervision. The court believes that Ms. Temple will benefit from continued supervision and that early termination is not warranted in light of her continued violations of her conditions of supervised release. Ms. Temple may file another motion in the future if additional circumstances warrant a re-examination of the issue.

*Id*. at 2.

Defendant filed the instant motion on September 1, 2021. (Doc. 1978, Def.'s Mot. for Early Termination.)

Argument and Authorities

As the Court noted in its Memorandum & Order from 2019, it

> has authority to "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of

2

supervised release," so long as it considers the factors in § 3553(a) and the release is in the "interest of justice." 18 U.S.C. § 3583(e)(1); *United States v. Begay*, 631 F.3d 1168, 1171–72 (10th Cir. 2011).

Doc. 1888, Memorandum & Order at 1.

According to the United States Probation Office, they do not oppose Defendant's early termination of supervised release. The current Probation Officer has been supervising Defendant since December 2020, and notes Defendant has been compliant with all conditions of supervision during this period. Because of Defendant's compliance, she falls within a low to moderate risk level so only meets with her probation officer about four times per year.

Because the Probation Office does not oppose Defendant's early termination, the government likewise offers no opposition. Additionally, the government is unaware of any information for the Court to consider under the Section 3553(a) factors to suggest Defendant should remain on supervision.

## Conclusion

For the reasons given above, the government does not oppose early termination of Defendant's supervised release.

    Respectfully submitted,

    DUSTON J. SLINKARD
    Acting United States Attorney

s/ Scott C. Rask
SCOTT C. RASK, #15643
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas  66101
(913) 551-6730
(913) 551-6541 (fax)
Scott.Rask@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on September 14, 2021, I electronically filed this Response with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing, and a copy was placed in the United States mail, postage prepaid, to the following:

Latysha Temple
804 NE Sunnyside Lane, Apartment G
Blue Springs, Missouri 64014
Defendant

 s/ Scott C. Rask
SCOTT C. RASK, #15643
Assistant United States Attorney
